
**06 CA 11327 WGY**

FILED
IN CLERKS OFFICE

JOHN JOSEPH MOAKLEY
U.S. COURT HOUSE
1 COURT HOUSE WAY - SUITE 2300
BOSTON, MA 02210.

2006 JUL 28 P 1:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

# COMPLAINT

MAGISTRATE JUDGE Collings

1. PLAINTIFF: LLOYD BELL JR.
   ADDRESS: 6629 MAUMUS AVE.
   NEW ORLEANS, La. 70131.
   PHONE # (504) 391-0620.

2. DEFENDANT: CHRISTOPHER EDLEY
   [PROFESSOR] HARVARD UNIVERSITY LAW SCHOOL.
   ADDRESS: 124 MT. AUBURN St.
   CAMBRIDGE, MA 02138.
   PHONE # (617) 495-9710.

3. DEFENDANT: ROBERT CLARK [DEAN]
   HARVARD UNIVERSITY LAW SCHOOL.
   ADDRESS: 124 MT. AUBURN St.
   CAMBRIDGE, MA 02138.
   PHONE #

CONTINUED ON THE NEXT PAGE:

②

4. JURISDICTION: HARVARD UNIVERSITY LAW SCHOOL IS LOCATED IN THE STATE OF MASSACHSETTS.

5. ALLEGATIONS OR CLAIMS AGAINST THE DEFENDANTS: ON THE DATE OF FEBRUARY 28, 2003 THE PLAINTIFF; LLOYD BELL JR. OF 6629 MAUMUS AVE. NEW ORLEANS, LA. 70131 MAILED A 4 POUND, 7 OUNCE EXPRESS MAIL PACKAGE ADDRESSED TO PROFESSOR; [DEFENDANT] CHRISTOPHER EDLEY OF HARVARD UNIVERSITY LAW SCHOOL 124 MT. AUBURN St. CAMBRIDGE, MA 02138, IN REQUEST OF LEGAL REPRESENTATION.

6. AFTER 2 WEEKS WAIT, I PHONED PROFESSOR; CHRISTOPHER EDLEY TO CHECK THE STATUS OF MY REQUEST. A LAW SCHOOL PERSONELL MEMBER [NAME UNKNOWN] ACKNOWLEDGED THE FACT THAT THE PACKAGE WAS RECEIVED, AND CONTINUED TO STATE THAT PROFESSOR; EDLEY WILL BE IN CONTACT WITH ME AS SOON AS POSSIBLE. 2 MORE WEEKS PAST, AND NO ONE RESPONDED TO MY REQUEST.

7. AT THIS POINT, I DECIDED TO PHONE DEAN [DEFENDANT] ROBERT CLARK OF 124 MT. AUBURN St. CAMBRIDGE, MA 02138 TO REPORT THE NO CORRESPONDENCE OF PROFESSOR; EDLEY, BUT DEAN; CLARK'S PERSONAL SECRETARY [UNKNOWN WOMAN] HUNG-UP THE PHONE AND REFUSED TO ANSWER MY PHONE CALLS. HARVARD UNIVERSITY LAW SCHOOL HAS NOT RESPONDED VIA PHONE OR MAIL TO THE PRESENT DATE.

8. RELIEF: THE PLAINTIFF; LLOYD BELL JR. IS SEEKING RESTITUTIONAL PUNISHMENT MONEY FOR 2 CRIMES THAT WERE COMMITED BY HARVARD UNIVERSITY LAW SCHOOL:

9. CRIME #1: LAWYER MALPRACTICE. PLAINTIFF; LLOYD BELL JR. WAS GRANTED A SUPREME COURT DOCKET AGAINST THE STATE OF LOUISIANA. EVENTHOUGH MY DISTRICT WAS MISSPLACED [DUE TO THE FACT THAT THE STATE OF LOUISIANA COULD NOT WIN], IF MY HABEAS CORPUS WAS ACCEPTED, A ILLEGAL ACT WAS RECOGNIZED BY A COURT OF LAW.



10. IF HARVARD UNIVERSITY LAW SCHOOL REFUSED TO RESPOND TO MY REQUEST FOR LEGAL REPRESENTATION, THIS CONSTITUTES AS LAWYER MALPRACTICE.
    PRICE: $500,000.

11. CRIME #2: MONETARY INSTRUMENT ABUSE. MY DOCUMENTATION WAS NEVER RETURNED TO ME. THE INTRIGUE OF THE DOCUMENTATION COULD HAVE CAUSED MASS PRODUCTION AMONG THE STAFF MEMBERS OF HARVARD UNIVERSITY. THIS CONSTITUTES AS MONETARY INSTRUMENT ABUSE.
    PRICE: $1,000,000.

12. TOTAL: $1,500,000.

13. EXHIBITS: A-D.
    A. LOUISIANA SUPREME COURT DOCKET LETTERS FROM FEBRUARY 5, 2002 / MARCH 28, 2002 / APRIL 9, 2002.
    B. PROFESSOR; CHRISTOPHER EDLEY EXPRESS MAIL PROOF OF POSTAGE, SIGNATURE RECEIPT, LETTER AND LIST OF CONTENTS FROM 2-28-03.
    C. MALPRACTICE SUIT LEGAL DEFINITION.
    D. INFORMATION SOURCE.



RESPECTFULLY SUBMITTED,

LLOYD BELL JR. [PRO-SE]

*Lloyd Bell Jr.* [Pro-Se]

6629 MAUMUS AVE.
NEW ORLEANS, LA. 70131
(504) 391-0620

